# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED
NOV 09 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CIVIL ACTION NO. B-98-092 |
| REY PIZANA | § § | |

TYPE OF CASE:  __X__ CIVIL     ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**HEARING ON MOTION FOR SUMMARY JUDGMENT**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**NOVEMBER 23, 1998 AT 2:00 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE: NOVEMBER 6, 1998

TO: MR. M. H. CERSONSKY
    MR. J. ARNOLD AGUILAR