*10*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 18 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES OF AMERICA                    §
                                            §
VS.                                         §        CIVIL ACTION NO.B-98-092
                                            §
REY PIZANA                                  §

CONSENT TO EXERCISE OF JURISDICTION BY A
UNITED STATES MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and
consent to have a United States Magistrate Judge conduct all further proceedings, including
the trial and judgment.   28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| M.H. Cersonsky | United States of America | 11-23-98 |
| J. Arnold Aguilar | Rey Pizana | 11/25/98 |
| | | |
| | | |

ORDER OF TRANSFER

This case is transferred to United States Magistrate Judge

John Wm. Black

to conduct all further proceedings, including final judgment.

12-16-98
_____
Date

_____
Filemon B. Vela
United States District Judge

NOTE:  RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS
FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.