# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
JUN 24 1999

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § | CIVIL ACTION NO. B-98-092 |
| REY PIZANA | § § § | |

## FINAL JUDGMENT

It is adjudged that the United States of America recover from Rey Pizana:

1. Principal of $2,500.00;

2. Pre-judgment interest of $1,830.70 to February 20, 1998, and daily accrual of $0.55 to the date of judgment;

3. Attorney's fees of $500.00, plus additional fees of $5,000.00 in the event of appeal;

4. Post-judgment interest at 4.730% per annum.

SIGNED at Brownsville, Texas, this 24th day of June 1999.

John Wm. Black
United States Magistrate Judge